RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Moy Tameru

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>MOY TAMERU,<br><br>          Defendant. | Case No. 2:20-cr-00150-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Moy Tameru, that the Revocation Hearing currently scheduled on September 18, 2024 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

    This Stipulation is entered into for the following reasons:

    1.    The parties and probation are actively working to resolve the revocation hearing with a negotiated agreement. Mr. Tameru has two pending state matters which are the new law violations alleged here. The resolution of these cases will likely impact the resolution of the

instant case. Defense counsel is trying to coordinate a meeting with Mr. Tameru's state defense counsel to get more information on the pending state matters.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 11th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Edward G. Veronda*<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOY TAMERU,<br><br>    Defendant. | Case No. 2:20-cr-00150-APG-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, September 18, 2024 at 11:00 a.m., be vacated and continued to November 6, 2024 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 12th day of September 2024.

_____
UNITED STATES DISTRICT JUDGE